PROB 12A
(7/93)

**FILED**
May 06, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____AD_____
DEPUTY

UNITED STATES DISTRICT COURT
for
<u>Western District of Texas</u>

**Report on Offender Under Supervision**

Name of Offender: <u>Richard Hatcher</u>                    Case Number: <u>1:22-CR-083(01)-LY</u>

Name of Sentencing Judicial Officer: <u>Honorable James D. Whittemore, U.S. District Judge, Middle District of Florida, Ocala Division</u>

Date of Original Sentence: <u>November 29, 2018</u>

Original Offense: <u>Conspiracy to Possess with Intent to Distribute Heroin 100+ Grams, in violation of 21 U.S.C. § 841.</u>

Original Sentence: <u>Sentence to time served (three hundred forty-one (341) days, followed by a five (5) year term of supervised release. Special conditions include: substance abuse testing; 75 hours of community service (satisfied); and a $100 special assessment ($100 balance)</u>

Type of Supervision: <u>Supervised Release</u>     Date Supervision Commenced: <u>November 29, 2018</u>

Assistant U.S. Attorney: <u>William S. Hamilton</u>        Defense Attorney: <u>Thomas L. Edwards</u>

**PREVIOUS COURT ACTION**

On January 18, 2019, a Probation Form 12B was filed in the Middle District of Florida adding the condition of location monitoring.

On September 11, 2019, a Probation Form 12A was filed in the Middle District of Florida advising the court of the offender's positive drug test. No Court action was recommended or taken.

On April 25, 2022, a Transfer of Jurisdiction was accepted by the Western District of Texas – Austin Division and assigned to the docket of the Honorable Lee Yeakel.

**NONCOMPLIANCE SUMMARY**

**Violation of Mandatory No. 1:** "You must not commit another federal, state or local crime."

**Nature of Noncompliance:** According to the Affidavit and Application for Arrest Warrant, on January 16, 2022, at approximately 6:15 p.m., H-E-B Loss Prevention Specialist, observed Richard Hatcher at 500 Canyon Ridge Dr. Austin, Texas 78553. The defendant was observed in the health living aisle with a bag which was completely flat. When observed later the bag had been filled with products. Mr. Hatcher approached the seasoning aisle and selected Webber Garlic Seasoning

Hatcher, Richard
Report on Offender Under Supervision
Page 2

valued at $3.56 and Webber Garlic Parmesan valued at $2.00.  Hatcher concealed the seasonings in his backpack.  The loss prevention specialist maintained reasonable observation of the defendant as he shopped through the store and paid for some of the merchandise at the front checkout lane.  The defendant passed the last point of sale and exited the store without paying for the concealed merchandise.  The loss prevention specialist approached the defendant and requested he return inside the store.  The defendant complied.  Loss prevention officers recovered $123.28 of unpaid merchandise. Hatcher was released on scene due to no officers available to file the complaint.

On April 27, 2022, an affidavit was filed charging Hatcher for a Class B Misdemeanor Theft under Cause No. C-1-CR-22-500539.  On May 2, 2022, the defendant turned himself in on the active warrant and was released the same date.  The case remains pending.

**U.S. Probation Officer Action:** The probation office respectfully requests no adverse action be taken at this time to allow the State to dispose of the misdemeanor case.  The Court will be notified of the disposition and if the offender incurs any further violations.  Accordingly, the Court reserves the right to revisit this allegation in the future.

| Approved by, | Respectfully submitted, |
|---|---|
| _____ | _____ |
| Hector J.  Garcia | Jennifer Black |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | Date: May 6, 2022 |

**THE COURT ORDERS:**

[X]  No Action

[  ]  Submit a Request for Modifying the Conditions or Term of Supervision

[  ]  Submit a Request for Warrant or Summons

[  ]  Other _____

_____
Honorable Mark Lane
United States Magistrate Judge

Date:  05/06/2022